No. P68/232.—H. J. Ashe Co., Inc. v. United States, protest 67/844 (New York).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of batteries, classified as entireties with flashlights, similar in all material respects to those the subject of *Torch Mfg. Co., Inc.* v. *United States* (57 Cust. Ct. 521, C.D. 2863), wherein the court held that the flashlights and batteries were separate entities rather than an entirety and were separately dutiable, the claim of the plaintiff was sustained.